## No. 25783

### The People of the State of Colorado v. Rickey Lee Homan
(521 P.2d 1262)

Decided May 6, 1974.

John P. Moore, Attorney General, John E. Bush, Deputy, David A. Sorenson, Assistant, for plaintiff-appellee.

Rollie R. Rogers, State Public Defender, James F. Dumas, Jr., Chief Deputy, T. Michael Dutton, Deputy, for defendant-appellant.

MR. JUSTICE ERICKSON delivered the opinion of the Court.

Rickey Lee Homan was charged and convicted of simply robbery. C.R.S. 1963, 40-5-1. On appeal, he contends that the trial judge committed reversible error in overruling his objection and permitting cross-examination to extend beyond the scope of direct examination.

A trial judge has discretion to determine the scope and the limit of cross-examination. In the absence of an abuse of discretion, the trial judge's ruling will not be disturbed on review. *Archina v. People,* 135 Colo. 8, 307 P.2d 1083 (1957). *Accord, People v. King,* 179 Colo. 94, 498 P.2d 1142 (1972). *See also* Proposed Federal Rules of Evidence for the United States District Courts and Magistrates, Rule 6-11; 3A, *J. Wigmore, Evidence* § 944 (Chadbourn rev. 1970); *C. McCormick, Evidence* § 24 (2d ed. 1972).

Accordingly, we affirm.

MR. CHIEF JUSTICE PRINGLE does not participate.